[No. 9691–9–II.   Division Two.   November 16, 1987.]

MICHAEL D. RURUP, ET AL, *Respondents,* v. DENNIS
A. CORRIGAN, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85–2–03547–5, E. Albert Morrison, J., entered March 14, 1986. *Affirmed* by unpublished opinion per Doran, J. Pro Tem., concurred in by Dolliver and Mitchell, JJ. Pro Tem.

[No. 9529–7–II.   Division Two.   November 16, 1987.]

YVONNE PAYANT, *as Personal Representative, Respondent,*
v. JULIA KETLER, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84–2–05594–0, Nile E. Aubrey, J., entered January 10, 1986. *Affirmed in part, reversed in part, and remanded* by unpublished opinion per Berschauer, J. Pro Tem., concurred in by Goodloe and Wieland, JJ. Pro Tem.

[No. 9202–6–II.   Division Two.   November 16, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. JEFFERY R.
SIMMONS, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 85–1–00041–5, Robert L. Charette, J., entered July 22, 1985. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Alexander, A.C.J., and Worswick, J.